UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Jose L. Linares |
| v. | : |
| | : Criminal No. 08-560 (JLL) |
| FRANCISCO FONSECA | : |

**ORDER MODIFYING BAIL CONDITIONS**

Defendant Francisco Fonseca having pled guilty on December 1, 2008 before the Honorable Jose L. Linares to a one-count Indictment charging him with possession of child pornography in violation of Title 18, United States Code, Section 2252A(a)(5)(B); and the Court, on that date, having been notified by United States Pretrial Services that a children's daycare business is being operated by a tenant residing on the first floor of Mr. Fonseca's residence:

IT IS ORDERED that that the pre-trial release conditions for defendant Francisco Fonseca shall be modified to require Mr. Fonseca to, within 48 hours, move from his present residence to an alternate residence approved by Pretrial Services;

IT IS FURTHER ORDERED that defendant Francisco Fonseca shall notify Pretrial Services of the address of his new residence within 48 hours;

IT IS FURTHER ORDERED that Pretrial Services shall notify the proprietor of the aforementioned daycare business that defendant Francisco Fonseca has pled guilty to possession of child pornography;

IT IS FURTHER ORDERED that Francisco Fonseca shall continue to refrain from using the Internet for any reason at his new residence;

IT IS FURTHER ORDERED that all other pre-trial release conditions imposed on Francisco Fonseca by the Honorable Mark Falk, U.S.M.J., on November 21, 2007 shall remain in full force and effect.

HON. JOSE L. LINARES
United States District Judge

12/1/08